October 25, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

SAMUEL WADE HENDERSON, Appellant

NO. 14-11-00727-CR
NO. 14-11-00728-CR
NO. 14-11-00729-CR                          V.

THE STATE OF TEXAS, Appellee

_____

This court today heard a motion for rehearing filed by appellant Samuel Wade Henderson. We order that the motion be overruled, and that this court's former judgment of August 7, 2010, be vacated, set aside, and annulled. We further order this court's memorandum opinion of August 7, 2010, withdrawn.

This cause was heard on the transcript of the record of the court below, and having inspected the record, this Court holds there was no error in the judgments requiring reversal, but there was error in the judgments as entered, which is capable of reformation by this Court. Therefore, the judgments in cause numbers 1315584 and 131585 are **MODIFIED** to delete the cumulation orders and the sentences are **ORDERED** to run concurrently. There is no error in the judgment in cause number 1315583.

The Court orders the judgments in cause numbers 1315584 and 131585 **AFFIRMED** as **MODIFIED,** and the judgment in cause number 1315583 **AFFIRMED**. The Court further orders this decision certified below for observance.